IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | **Case No.: 23-cr-67** |
| | * | |
| **CHARLOTTE BAMBER** | * | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Gary E. Proctor as retained counsel for the Defendant in the above-captioned case.

Respectfully Submitted,

_____/s/_____

Gary E. Proctor

Bar Roll Number: MD27936

Law Offices of Gary E. Proctor, LLC

8 E. Mulberry Street

Baltimore, Maryland 21202

Tel:   410.444.1500

Fax:  443.836.9162

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 22, 2023 a copy of the foregoing was served on all parties via ECF.

_____/s/_____

Gary E. Proctor