# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    *

v.                                           *       **Case No. 23-cr-67-RC**

CHARLOTTE BAMBER                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO CONDUCT GUILTY
## PLEA BY VIDEOCONFERENCING

Defendant Charlotte Bamber, by and through her attorney Gary E. Proctor, hereby moves the Court to conduct her Rule 11 Guilty Plea by video conferencing.  In support thereof, Defendant states as follows:

1.  The Defendant has signed a plea of guilty in this matter and the parties are ready to proceed to a rearraignment.

2.  Defendant physically lives in the United Kingdom.  She requests that the Court conduct the guilty plea virtually, and has executed a waiver which is attached as Exhibit A.

3.  The pandemic, of course, is not over.  The Defendant has several health-related issues that make her especially vulnerable should she contract COVID-19.  Further, she would likely have to travel for several days due to the length of the journey and relevant time zones.  In order to minimize her exposure, she requests that the Court conduct the hearing virtually.

4. Additionally, Defendant is at this time without funds to travel.  While the United States Marshal Service can, under appropriate circumstances, pay for the travel and accommodation, it is Defendant's request that she appear virtually, which will save considerable Government expenditure.

5. Assistant United States Attorney Matthew Sullivan has authorized the undersigned to state that the Government consents to this request.


For all of those reasons, and any others that may appear to this Honorable Court, Defendant requests that her guilty plea be conducted via videoconferencing facilities.


Respectfully Submitted,


_____/s/_____

Gary E. Proctor
Bar Roll Number MD27936
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:    410.444.1500
Fax:    443.836.9162

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, April 4, 2023, a copy of the foregoing was served on all parties via ECF.

_____/s/_____

Gary E. Proctor