IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No.: 23-67-RC |
| | * | |
| **CHARLOTTE BAMBER** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION REQUESTING ORDER**

The Defendant, Charlotte Bamber, by and through her attorney, Gary E. Proctor, hereby moves this Honorable Court for a transportation order, and in support thereof, states as follows:

1.	Defendant has signed a plea of guilty, and counsel have contacted Chambers with regard to scheduling a date.

2.	Ms. Bamber lives in the United Kingdom, and is without funds to travel.  Due to the expiration of CARES Act provisions, this Court has now reverted to conducting all hearings in person.[1]  Ms. Bamber is without funds to arrange for her travel and accommodation so that she may attend the rearraignment proceeding in person.

3.	As such, the undersigned requests that the Court sign the attached Order, which direct the United States Marshal Service to transport and house Ms. Bamber prior to the hearing. Counsel has yet to meet with Ms. Bamber in person, so we are requesting that she be transported at least one (1) day prior to the hearing so that she may have the benefit of consultation with counsel.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Honorable Court sign the attached Proposed Order.

---

1 See https://www.dcd.uscourts.gov/sites/dcd/files/Final%20SO%2022-64%2C%2011%20Extension%20of%20VTC.pdf which shows that the Court's prior order expired on February 7, 2023.

Respectfully submitted,

_____/s/_____

Gary E. Proctor
Bar Roll # MD27936
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:    410.444.1500
Fax:    443.836.9162

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2023, a copy of the foregoing Motion was served on all counsel via ECF.

_____/s/_____

Gary E. Proctor