# McGuireWoods

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Alexander J. Brackett
Direct: +1.804.775.4749.
abrackett@mcguirewoods.com

October 23, 2023

The Honorable Judge Rudolph Contreras
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Attn: Emile Katz (Emile_Katz@dcd.uscourts.gov)

Re:   *United States v. Bamber*, 1:23-cr-67-RC
      Trafigura's Statement in Aid of Sentencing

*LEAVE TO FILE GRANTED*
[signature]
10/23/2023

Dear Judge Contreras,

    I am writing on behalf of my client, Trafigura Trading LLC ("Trafigura"), in respect of the pending sentencing of Charlotte Bamber in the above-referenced matter. To date, Trafigura has not appeared in this matter in any fashion, and would have preferred not to be doing so now. However, the company feels compelled to make a brief submission to the Court for several reasons. First, Trafigura had not previously been named in any public submissions in this matter, which was appropriate given that it is not the subject in the United States of any past, pending or resolved enforcement actions, and has not been charged with any wrongdoing. However, in her Memorandum in Aid of Sentencing ("Sentencing Memo," Dkt. 21, filed October 13, 2023), Ms. Bamber named Trafigura and made allegations about the company that are inaccurate and need to be addressed.

    As an initial matter, Trafigura takes no position with respect to the sentence that will ultimately be imposed.

    However, regarding how Trafigura has been represented in this proceeding, the company denies that it or any of its employees have engaged in the conduct alleged in Ms. Bamber's Sentencing Memo. Trafigura engaged external counsel from Quinn Emanuel and McGuireWoods, together with a data analytics team from Alvarez & Marsal, to investigate these matters, at considerable cost. Counsel has found no evidence of the claimed wrongdoing. Further, it was the company that brought Ms. Bamber's pseudonymous communications to current and former Trafigura employees, and their family members, to DOJ's attention; the company has since cooperated with DOJ's investigation of those communications.

    Trafigura also notes that to the extent Ms. Bamber references any involvement in "historic and recording [sic] breaking settlements" or "ongoing investigations into Major Oil Firms" (Dkt. 21, ¶ 8), there should be no implication those are in reference to Trafigura.

Judge Contreras
October 22, 2023
Page 2

Trafigura further denies any implication from Ms. Bamber's Sentencing Memo that it or its employees have done anything to harass, intimidate, threaten or otherwise engage with Ms. Bamber in any form or fashion since she left her employment with Trafigura. Her statements implying to the contrary in her Sentencing Memo have no basis in fact.

Finally, Trafigura wants to bring to the attention of the Court the very real impact Ms. Bamber's actions have had on the recipients of her harassing communications. Those communications were sent over a period of 26 months, between June 2020 and August 2022, and appear carefully constructed in a manner calculated to cause maximum distress (*e.g.*, by being sent on Christmas Eve, by impersonating the most senior directors of the company, by indicating they were based on inside information from the DOJ, by containing taunts about the intended recipients serving time in prison and insults about physical appearance, and by copying colleagues and managers of the intended recipients). Only some of these communications are quoted in the relevant submissions in this matter. Further, they were directed not just to current and former Trafigura employees and directors, but also, in some instances, to members of their families. Where the communications reached the intended recipients, those recipients found them to be unsettling and deeply distressing. They impacted individuals in their professional and personal lives, over an extended period of time. These were not minor matters. Ms. Bamber's harassing communications had significant impacts on numerous people.

As you consider Ms. Bamber's sentencing, it is our hope that any record in this matter that further references Trafigura will duly respect its denial of wrongdoing, status as a company against which no relevant enforcement action has been taken, and denial of the more spurious elements of Ms. Bamber's Sentencing Memo.

Should you have questions regarding this submission, please do not hesitate to contact me. Thank you for your consideration.

Sincerely,

Alex J. Brackett

Cc:
William A. Burck (Quinn Emanuel)
Stephen M. Hauss (Quinn Emanuel)